

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jacob D. Albertson
Partner, through his professional corporation
(917) 546-7714 Phone
(917) 546-7679 Fax
j1a@msk.com

May 20, 2024

**VIA ECF**

The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

**Re:** *Leah McSweeney v. Andy Cohen et al.;* **Case No. 24-cv-01503**

Dear Judge Liman:

We are counsel to the Defendants in the above-reference matter. We write pursuant to Rules 1(D) and 2(K) of Your Honor's Individual Practices in Civil Cases.

The parties have agreed to the following briefing schedule on Defendants' anticipated motion to dismiss Plaintiff's complaint:

- May 22, 2024: Defendants' opening brief;
- June 20, 2024: Plaintiff's responsive brief;
- July 12, 2024: Defendants' reply brief.

The docket for this matter currently lists the deadline to respond to the complaint as May 21, 2024, and no prior request has been made for an adjustment or extension of time.

Respectfully submitted,

/s/ Jacob D. Albertson

Jacob D. Albertson
Partner, through his professional corporation for
MITCHELL SILBERBERG & KNUPP LLP

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM

16537183.1