# EXHIBIT 2

**Forest Productions Inc.**
**3800 Barham Blvd., Suite 410**
**Los Angeles, CA 90068**

Via Email

As of September 17, 2020

Leah McSweeney
c/o Adelman Matz, PC
1173A Second Avenue #153
New York, NY 10065
Attn: Gary Adelman

Re:       **"THE REAL HOUSEWIVES OF NEW YORK CITY"/ Leah McSweeney/13th Cycle**

Dear Gary:

Reference is made to the agreement dated as of September 26, 2019 between Forest Productions Inc. ("Studio") and Leah McSweeney ("Artist") in connection with the above referenced television series (collectively, the "Agreement"). Capitalized terms not otherwise defined herein shall take their meanings under the Agreement.

        For good and valuable consideration, the receipt of which is hereby acknowledged, the parties agree to amend the following terms of the Agreement applicable beginning with the thirteenth cycle of the Series ("Thirteenth Cycle"):

        A.        Notwithstanding anything to the contrary contained in the Agreement, in lieu of the fees specified in (1) paragraph 2.b.ii. of the Agreement, subject to Studio's rights of suspension and termination and provided that Artist is not in breach or default of the terms and conditions of the Agreement and subject to Artist's complete and satisfactory performance of all Services as set forth in the Agreement, for the Thirteenth Cycle, Artist shall be paid ████████████████████████████ for each Original Episode of the Thirteenth Cycle in which Artist appears, and (2) paragraph 2.c, provided that Artist shall complies with Bravo Talent Guidelines, Artist shall be eligible to receive a bonus at the end of each Cycle in the amount of ██████████████████████ for each Original Episode in which Artist appears.

        B.        Paragraph 2.a. shall be amended and Studio will now have ████ remaining (i.e., in lieu of the previously agreed-to █ additional exclusive, irrevocable, successive, dependent options to engage Artist to render  Services ██████████████████████████.

        C.        Artist shall be permitted to render services for the podcast currently entitled "Untitled Leah McSweeney Views On Life Podcast" subject to the terms and conditions of paragraph 3(b) of the Agreement.

Except as set forth above, all other terms and conditions of the Agreement shall remain in full force and effect.

Please confirm your agreement to foregoing by signing below where indicated.

Very truly yours,

FOREST PRODUCTIONS INC.

*Lisa Shannon*

By: Lisa Shannon (Dec 2, 2020 16:52 PST)

Authorized Signatory

Its: _____

Date: Dec 2, 2020

*Leah McSweeney*

Leah McSweeney

# RHNYC_S13.Leah_McSweeney.Amendment_ [LM Signed]

Final Audit Report                                                2020-12-03

| | |
|---|---|
| Created: | 2020-12-03 |
| By: | ██████████████████████████ |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAADbwu_EowGOlYvCSMgDxYXo-Ec7nPUvtc |

## "RHNYC_S13.Leah_McSweeney.Amendment_ [LM Signed]" History

Document digitally presigned by DocuSign\, Inc. ████████████████████

2020-12-02 - 8:32:30 PM GMT- IP address: ████████

Document created by ███████████████████████████████

2020-12-03 - 0:50:59 AM GMT- IP address: ████████

Document emailed to Lisa Shannon ██████████████████████ for signature

2020-12-03 - 0:52:02 AM GMT

Email viewed by Lisa Shannon ████████████████████

2020-12-03 - 0:52:21 AM GMT- IP address: ████████

Document e-signed by Lisa Shannon ████████████████████

Signature Date: 2020-12-03 - 0:52:45 AM GMT - Time Source: server- IP address: ████████

Agreement completed.

2020-12-03 - 0:52:45 AM GMT

Warner Media    POWERED BY Adobe Sign