# EXHIBIT 4



Magazine ▾ | Newsletters | Sweepstakes

NEWS   ENTERTAINMENT   ROYALS   LIFESTYLE   SPRING STYLEWATCH   SHOPPING   CROSSWORDS                                                                             SUBSCRIBE


Advertisement

ENTERTAINMENT  >  TV

# The 'Real Housewives of New York City' Season 14's All-New Cast Announced: Meet the Ladies

Jenna Lyons, Jessel Taank, Ubah Hassan, Lizzy Savetsky, Sai De Silva and Erin Dana Lichy join the Bravo franchise in 2023

By **Michael Gioia** and **Stephanie Wenger** | Published on October 16, 2022 08:00PM EDT



Ubah Hassan, Jenna Lyons and Lizzy Savetsky. PHOTO: GOTHAM/FILMMAGIC; DIMITRIOS KAMBOURIS/GETTY FOR W MAGAZINE; SEAN ZANNI/GETTY FOR FLEISHIGS MAGAZINE



Advertisement

A handful of new Housewives have been handed their apples!

The cast of The Real Housewives of New York City season 14 was announced during a taping of Watch What Happens Live at BravoCon 2022 on Sunday.

And the new cast members are Jenna Lyons, Jessel Taank, Ubah Hassan, Lizzy Savetsky, Sai De Silva and Erin Dana Lichy.

Jenna will take viewers inside the fashion industry. She was previously the


And the new cast members are Jenna Lyons, Jessel Taank, Ubah Hassan, Lizzy Savetsky, Sai De Silva and Erin Dana Lichy.

Jenna will take viewers inside the fashion industry. She was previously the President and Executive Creative Director of J.Crew Group and now is the Co-Founder and CEO of beauty brand, LoveSeen. She also had her own reality show, *Stylish with Jenna Lyons*, on HBO Max in 2020.

Ubah is a Somalian model and philanthropist who fled Kenya and moved to Canada where she was signed by a modeling agency. She is also the founder of hot sauce company UBAHHOT.

There is also no shortage of social media influencers on the new season of *RHONY*. Lizzy is a digital influencer, activist, mom of three and wife to plastic surgeon Dr. Ira Savetsky. The Texas native also hosts her own Instagram show *Bashert*, where she helps Jewish singles connect and find love.

**RELATED:** Everything to Know About 'The Real Housewives of New York City' Season 14



Brynn Whitfield and Jessel Taank. PHOTO: BRYNN WHITFIELD /INSTAGRAM; JESSEL TAANK/INSTAGRAM

Brynn is a brand marketing and communications professional from the Midwest who considers herself "a trophy wife in training" and loves hosting dinner parties in her West Village apartment.

For more on BravoCon, listen below to our daily podcast PEOPLE Every Day.









Advertisement

Jessel — who is married to financier Pavit Randhawa with whom she has twin boys — also hails from the fashion world. She is a publicist and brand consultant.

**RELATED:** BravoCon 2022: All the Housewives and Bravo Stars Stopping by the Fan Convention



Sai de Silva and Erin Dana Lichy. PHOTO: MANNY CARABEL/GETTY; ERIN DANA LICHY/INSTAGRAM

Sai — who is a New York native — is the creative director of Scout the City. The online lifestyle blog follows her family adventures with her husband David Craig and their two children, London and Rio.

Erin was also raised in Manhattan and became a real estate agent at 19. She now owns her own home renovation and design firm, Homegirl.

**RELATED:** Everything to Know About BravoCon 2022!

The show will chronicle the women as they "run in the same social circles, thriving in one of the most diverse and electric cities in the world. From fashion and real estate, to philanthropy and social influence, these women have made their mark in NYC and will now share their lives as they juggle careers, family life and jam-packed social calendars in the city that never sleeps," according to a press release from Bravo.

Production on the series is set to begin this fall and will premiere in 2023.

Following *RHONY*'s 13th season — which starred Ramona Singer, Luann de Lesseps, Sonja Morgan, Leah McSweeney and newcomer Eboni K. Williams — it was revealed by Housewives executive producer Andy Cohen that the show would be starting from scratch when it came to its cast.

"This is a *major* casting search," Cohen, 54, told *Variety* in March, adding at the time that *RHONY* was at a "crossroads."

Season 13 featured recurring conflict between Singer and Williams, with


"This is a *major* casting search," Cohen, 54, told *Variety* in March, adding at the time that *RHONY* was at a "crossroads."

Season 13 featured recurring conflict between Singer and Williams, with the two women often finding themselves in heated conversations surrounding race and politics.



PHOTO: CHARLES SYKES/BRAVO/NBCU PHOTO BANK VIA GETTY

**RELATED:** Hoda Kotb and Savannah Guthrie Are Headed to BravoCon to Grill Andy Cohen!

Following the show's finale, a source told PEOPLE last October that Bravo launched an internal investigation after complaints of racism were filed among the cast. "Cast and members of the production were interviewed, but the investigation was closed after nothing substantial was found," said the source.

The source said the investigation was one of the reasons the season 13 reunion was pushed back and later canceled. A Bravo spokesperson previously said that a reunion did not take place due to "scheduling challenges" and that the network would be "shifting our focus to next season."

**RELATED VIDEO:** Bravo Rebooting *Real Housewives of New York City* — Ramona Singer, Luann de Lesseps and More Out

Document title: Real Housewives of New York City Season 14 Cast Announced
Capture URL: https://people.com/tv/bravocon-2022-real-housewives-of-new-york-city-season-14-cast-announced/
Capture timestamp (UTC): Mon, 20 May 2024 16:35:47 GMT

Page 4 of 8

In his interview with *Variety*, Cohen said that the creative team would be casting its net "all over Manhattan and the boroughs" for its 14th season.

He added, "We are quite literally looking for who will be the new *Real Housewives of New York City*! And I think this represents a tremendous opportunity for a rebirth of the show. What we're looking for is everything that makes a great Housewife: fun, opinionated, successful, aspirational women who represent a side of New York that we want to see more of."

Along with the decision to shake up the *Real Housewives of New York City* cast, Cohen said that Bravo would introduce *RHONY: Legacy*, a new series in the Housewives franchise featuring some of the most beloved New York Housewives.

**Never miss a story — sign up for PEOPLE's free daily newsletter to stay up to date on the best of what PEOPLE has to offer, from juicy celebrity news to compelling human interest stories.**

BravoCon 2022 is taking place through Sunday at the Jacob Javits Center in New York City.

## Related Articles

**TV**
*The Real Housewives of Atlanta* Sets Cast for Season 16 After Shakeup: Meet the New Housewives
By Dave Quinn

**TV**
Shereé Whitfield Departs *Real Housewives of Atlanta* Ahead of Season 16
By Dave Quinn

**TV**
Bethenny Frankel and Fiancé Paul Bernon Split After 6 Years Together
By Julia Moore and Dave Quinn

**TV**
Nneka Ihim Confirms Departure from *The Real Housewives of Potomac* After 1 Season (Exclusive)
By Dave Quinn


By Dave Quinn

By Dave Quinn



TV

**RHONJ**: Chaos Erupts as Teresa's 'Hot Dog-Lipped Mouth' Is Put on Blast and Melissa Hurls 'White Trash' Insult

By Angel Saunders



TV

Melissa Gorga Looks Back at 12 Seasons of *RHONJ* and Reveals How She's Changed the Most (Exclusive)

By Esther Kang and Dave Quinn



TV

Andy Cohen Breaks Silence on 'Hurtful' Claims of Bravo Exploitation: 'It's No Fun to Be a Target'

By Julia Moore



TV

**RHONJ**: Teresa Won't Let Family Drama 'Tear Me Down' as Melissa Will Happily 'Burn Bridges' in Season 14 Taglines

By Charna Flam



TV

Bravo Closes Investigation on Andy Cohen as Network Renews 15 Shows, Including *The Valley*

By Esther Kang

TV

*RHOBH*'s Dorit Kemsley Is Taking Separation from Husband Paul 'PK' Kemsley 'One Day at a Time'

By Stephanie Wenger

TV

*RHONJ*'s Melissa Gorga Calls Out Teresa Giudice and Jennifer Aydin for Their 'Gross' and 'Embarrassing' Behavior

By Charna Flam

TV

*RHOBH*'s Dorit Kemsley and Husband Paul 'PK' Kemsley Announce Their Separation After 9 Years of Marriage

By Esther Kang

TV

Andy Cohen Calls

TV

Dorinda Medley Jokes

TV

Teresa Giudice Denies

TV

*RHONJ* Premiere:




By Dave Quinn



By Dave Quinn




By Dave Quinn

**TV**

### RHONJ: Chaos Erupts as Teresa's 'Hot Dog-Lipped Mouth' Is Put on Blast and Melissa Hurls 'White Trash' Insult

By Angel Saunders

**TV**

### Melissa Gorga Looks Back at 12 Seasons of RHONJ and Reveals How She's Changed the Most (Exclusive)

By Esther Kang and Dave Quinn

**TV**

### Andy Cohen Breaks Silence on 'Hurtful' Claims of Bravo Exploitation: 'It's No Fun to Be a Target'

By Julia Moore

**TV**

### RHONJ: Teresa Won't Let Family Drama 'Tear Me Down' as Melissa Will Happily 'Burn Bridges' in Season 14 Taglines

By Charna Flam








**TV**

### Bravo Closes Investigation on Andy Cohen as Network Renews 15 Shows, Including *The Valley*

By Esther Kang

**TV**

### *RHOBH*'s Dorit Kemsley Is Taking Separation from Husband Paul 'PK' Kemsley 'One Day at a Time'

By Stephanie Wenger

**TV**

### *RHONJ*'s Melissa Gorga Calls Out Teresa Giudice and Jennifer Aydin for Their 'Gross' and 'Embarrassing' Behavior

By Charna Flam

**TV**

### *RHOBH*'s Dorit Kemsley and Husband Paul 'PK' Kemsley Announce Their Separation After 9 Years of Marriage

By Esther Kang











TV

**Andy Cohen Calls *Housewives* a 'Feminist Show' and Reveals Which *RHOBH* Star He Initially Didn't Want to Join**

By Julia Moore



TV

**Dorinda Medley Jokes the Best Place to Meet Men Is at 'Glamorous' N.Y.C. Funeral Home: 'It Is a Little Morbid'**

By Esme Mazzeo



TV

**Teresa Giudice Denies Husband Louie Is Her 'Weak Link' Amid *RHONJ* Drama**

By Esme Mazzeo



TV

***RHONJ* Premiere: Teresa Giudice Repeats Rumors of John Fuda's Drug-Dealing Past — but He Laughs Off Claims**

By Liza Esquibias

## Sponsored Stories



**Cheap Way to Get All the TV Channels - Is It Really Working?**

Smart TV



**Electrician reveals: 1 simple tip to slash your electricity bill by up to 90%**

Smart Energy



**If You Can Name 10 Of These Actors, You're Old**

Quizscape



**Old Woman (89) Is Denied Business Class – Then Flight Attendant Discovers Who She Really Is**

loansocieties.com

Recommended by 

---



NEWSLETTERS

Follow Us

    

NEWS

ENTERTAINMENT

ROYALS

LIFESTYLE

STYLEWATCH

SHOPPING

About Us

Editorial Policy

Privacy Policy

Terms of Service

Your Privacy Choices

PEOPLE Tested

Careers

Contact Us

Advertise

 PEOPLE is part of the **Dotdash Meredith** publishing family.

---

Document title: Real Housewives of New York City Season 14 Cast Announced
Capture URL: https://people.com/tv/bravocon-2022-real-housewives-of-new-york-city-season-14-cast-announced/
Capture timestamp (UTC): Mon, 20 May 2024 16:35:47 GMT

Page 8 of 8