# EXHIBIT 8



Shows  News  Schedule  Stream on Peacock  More

◀ The Real Housewives of New York City



**S12 - E22**
# Reunion Part 1

The cast relive some of the most outrageous moments from the season, but first they express their frustrations with one of the ladies' behavior during quarantine. Leah revisits the highs and lows of her first season, and spills the tea on how the uptown ladies reacted to her downtown attitude. A very glowing Tinsley updates the ladies on her relationship with Scott and life in Chicago, but things quickly heat up when Dorinda calls her out for not being transparent with the group and finishing the season early.

Aired: 09/10/2020
TV-14 | 4 years left

## SEASON 12 - EPISODES

     

e a Mob Party | S12 - E21 Viva la Dysfunction | S12 - E22 Reunion Part 1 | S12 - E23 Reunion Part 2 | S12 - E24 Reunion Part 3 | S12 - E25 Secrets Revealed

## RELATED VIDEOS

   

Preview
The Story Behind Leah McSweeney's Purple Wings…

Preview
Andy Cohen Calls Out Dorinda Medley for Deflecting His…

Preview
Tinsley Mortimer Confronts Dorinda Medley Over Her "Vile"…

Show Highlight
Is This Unseen Moment the Reason Dorinda Medley Dislike…

## EXTRAS

    


e a Mob Party


NOW PLAYING
S12 - E21
Viva la Dysfunction

S12 - E22
Reunion Part 1

S12 - E23
Reunion Part 2

S12 - E24
Reunion Part 3


S12 - E25
Secrets Revealed

## RELATED VIDEOS


1:13
Preview
The Story Behind Leah McSweeney's Purple Wings…


1:19
Preview
Andy Cohen Calls Out Dorinda Medley for Deflecting His…


1:04
Preview
Tinsley Mortimer Confronts Dorinda Medley Over Her "Vile"…


1:50
Show Highlight
Is This Unseen Moment the Reason Dorinda Medley Dislike…

## EXTRAS


The Daily Dish
Sonja Opens up About Her Recent Lower Facelift


The Daily Dish
Dorinda Medley Addresses Comments About Alcohol Use


The Daily Dish
Sonja Explains "Water Pill" That Affected Her Drinking


The Daily Dish
Leah Shares the "Crazy Story" Behind Her Wings Tattoo


The Daily Dish
Leah Reveals She "Upgraded" to a New NYC Apartment

## LATEST EPISODES ON BRAVO


42:54
Summer House: Martha's Vineyard
The Fall of Summer


42:54
The Real Housewives Of New Jersey
Shore-ing Up Sides


21:37
Watch What Happens Live With Andy Cohen
Watch What Happens Live 5/16


42:54
Summer House
Excess Baggage


21:37
Watch What Happens Live With Andy Cohen
Watch What Happens Live 5/15


54:25
Top Chef
The Good Land

### BECOME A BRAVO INSIDER

Get a VIP pass to never-before-seen content, exclusive sweepstakes, and much more!

Sign Up for Free

| About | Help | Policies |
|---|---|---|
| Careers | FAQ | Ad Choices |
| Casting | Accessibility | Privacy Policy |
| Viewer's Voice | Closed Captioning | Cookie Notice |
| Advertise With Us | Shopping Support | CA Notice |
| Contact | Sitemap | Terms of Service |
| About | The Daily Dish RSS | |

©2024 Bravo Media, LLC. A Division of NBCUniversal