# EXHIBIT 9

bravo | Shows | News | Schedule | Stream on Peacock | More

⬅ The Real Housewives of New York City



**S12 - E23**
# Reunion Part 2

The ladies rehash their trips to the Hamptons, Newport, Mexico and all the drama in between. Ramona addresses Leah's behavior and tempers flare when she claims Leah ruined her birthday party with her risqué dance moves. Luann shares excitement for her upcoming cabaret and updates the ladies on her "Lu and improved" outlook.

Aired: 09/17/2020
TV-14 | 4 years left

Ways to Watch

Link your TV provider to unlock all content.

Get 3 free credits with an NBCUniversal profile.

Link TV Provider     OR     Sign Up Now

You can also stream on Peacock with a subscription. Plans start at $5.99.

## SEASON 12 - EPISODES

     

| S12 - E21 | S12 - E22 | S12 - E23 | S12 - E24 | S12 - E25 |
|---|---|---|---|---|
| Viva la Dysfunction | Reunion Part 1 | Reunion Part 2 (NOW PLAYING) | Reunion Part 3 | Secrets Revealed |

a Mob Party

## RELATED VIDEOS

    

**Preview** — Does Dorinda Medley Hit Below the Belt?

**Preview** — Tinsley Mortimer Says Dorinda Medley's Apology Is "Too Little,…

**Preview** — Leah McSweeney Confronts Ramona Singer Over Bringing …

**Preview** — Who Put the Vibrator in the Chicken?

**Show Highlight** — Dorinda Medley Wants Ramona Singer to Be Honest

## LATEST EPISODES ON BRAVO

     

---

Document title: Watch Reunion Part 2 | The Real Housewives of New York City
Capture URL: https://www.bravotv.com/the-real-housewives-of-new-york-city/season-12/episode-23/reunion-part-2
Capture timestamp (UTC): Mon, 20 May 2024 16:38:39 GMT

Page 1 of 2

You can also stream on Peacock with a subscription. Plans start at $5.99.

## SEASON 12 – EPISODES








e a Mob Party

S12 - E21  
Viva la Dysfunction

S12 - E22  
Reunion Part 1

S12 - E23  
Reunion Part 2

S12 - E24  
Reunion Part 3

S12 - E25  
Secrets Revealed

## RELATED VIDEOS







Preview  
Does Dorinda Medley Hit Below the Belt?

Preview  
Tinsley Mortimer Says Dorinda Medley's Apology Is "Too Little,…

Preview  
Leah McSweeney Confronts Ramona Singer Over Bringing …

Preview  
Who Put the Vibrator in the Chicken?

Show Highlight  
Dorinda Medley Wants Ramona Singer to Be Honest

## LATEST EPISODES ON BRAVO








Summer House: Martha's Vineyard  
The Fall of Summer

The Real Housewives Of New Jersey  
Shore-ing Up Sides

Watch What Happens Live With Andy Cohen  
Watch What Happens Live 5/16

Summer House  
Excess Baggage

Watch What Happens Live With Andy Cohen  
Watch What Happens Live 5/15

Top Chef  
The Good Land

### BECOME A BRAVO INSIDER

Get a VIP pass to never-before-seen content, exclusive sweepstakes, and much more!

Sign Up for Free

**About**
- Careers
- Casting
- Viewer's Voice
- Advertise With Us
- Contact
- About

**Help**
- FAQ
- Accessibility
- Closed Captioning
- Shopping Support
- Sitemap
- The Daily Dish RSS

**Policies**
- Ad Choices
- Privacy Policy
- Cookie Notice
- CA Notice
- Terms of Service

©2024 Bravo Media, LLC. A Division of NBCUniversal