# EXHIBIT 10




| Shows | News | Schedule | Stream on Peacock | More ⌄ |

◁ The Real Housewives of New York City



**Ways to Watch**

Link your TV provider to unlock all content.

[ Link TV Provider ]

OR

Get 3 free credits with an NBCUniversal profile.

[ Sign Up Now ]

You can also stream on Peacock with a subscription.
Plans start at $5.99.

**S12 - E24**
## Reunion Part 3

The drama continues when Dorinda calls out Ramona for not supporting her, but Ramona brings receipts front and center to defend herself. Dorinda becomes emotional as she defends herself against accusations that she has an issue with controlling her anger. The ladies attempt to end the reunion on a high note and look forward to the future, but can they escape the past?

Aired: 09/24/2020
TV-14 | 4 years left

## SEASON 12 - EPISODES








| e a Mob Party | S12 - E21 Viva la Dysfunction | S12 - E22 Reunion Part 1 | S12 - E23 Reunion Part 2 | S12 - E24 Reunion Part 3 | S12 - E25 Secrets Revealed |

## RELATED VIDEOS







**Preview**
Ramona Singer Brings Out the Text Messages

**Preview**
Is Elyse Slaine the Barbara Kavovit of Season 12?

**Preview**
Leah McSweeney Has One Request Before Sonja Morgan…

**Preview**
Why Did Dorinda Medley Get So Upset at the Finale Party?

**Show Highlight**
Luann de Lesseps Wants to Know Why Dorinda Medley Harbors…

## EXTRAS



---

Document title: Watch Reunion Part 3 | The Real Housewives of New York City
Capture URL: https://www.bravotv.com/the-real-housewives-of-new-york-city/season-12/episode-24/reunion-part-3
Capture timestamp (UTC): Mon, 20 May 2024 16:49:12 GMT

Page 1 of 2


S12 - E21
Viva la Dysfunction


S12 - E22
Reunion Part 1

S12 - E23
Reunion Part 2


S12 - E24
Reunion Part 3


S12 - E25
Secrets Revealed

## RELATED VIDEOS


0:44
Preview
Ramona Singer Brings Out the Text Messages


1:48
Preview
Is Elyse Slaine the Barbara Kavovit of Season 12?


1:21
Preview
Leah McSweeney Has One Request Before Sonja Morgan…


1:02
Preview
Why Did Dorinda Medley Get So Upset at the Finale Party?


2:12
Show Highlight
Luann de Lesseps Wants to Know Why Dorinda Medley Harbors…

## EXTRAS


The Daily Dish
Sonja Opens Up About Her 27-Pound Weight Loss

## LATEST EPISODES ON BRAVO


42:54
Summer House: Martha's Vineyard
The Fall of Summer


42:54
The Real Housewives Of New Jersey
Shore-ing Up Sides


21:37
Watch What Happens Live With Andy Cohen
Watch What Happens Live 5/16


42:54
Summer House
Excess Baggage


21:37
Watch What Happens Live With Andy Cohen
Watch What Happens Live 5/15


54:25
Top Chef
The Good Land

### BECOME A BRAVO INSIDER

Get a VIP pass to never-before-seen content, exclusive sweepstakes, and much more!

Sign Up for Free

**About**
- Careers
- Casting
- Viewer's Voice
- Advertise With Us
- Contact
- About

**Help**
- FAQ
- Accessibility
- Closed Captioning
- Shopping Support
- Sitemap
- The Daily Dish RSS

**Policies**
- Ad Choices
- Privacy Policy
- Cookie Notice
- CA Notice
- Terms of Service

©2024 Bravo Media, LLC. A Division of NBCUniversal