# EXHIBIT 11




LIFESTYLE > STYLE

# RHONY's Leah McSweeney Reveals She Had a Christmas 'Boob Lift' Over the Holidays

The reality star also got a rhinoplasty and a septoplasty from the same New York City-based doctor in September

By **Hanna Flanagan** | Published on December 28, 2020 11:26AM EST

   



PHOTO: LEAH MCSWEENEY INSTAGRAM

Leah McSweeney is ending the year with a little nip and tuck.

On Sunday, the Real Housewives of New York City star, 38, revealed she got a breast augmentation and "boob lift" over the holidays, telling her

Document title: RHONY&#39;s Leah McSweeney Reveals She Got a Breast Lift and Augmentation
Capture URL: https://people.com/style/rhony-leah-mcsweeney-reveals-she-got-a-breast-implants/
Capture timestamp (UTC): Wed, 22 May 2024 16:28:00 GMT

Page 1 of 6


Leah McSweeney is ending the year with a little nip and tuck.

On Sunday, the Real Housewives of New York City star, 38, revealed she got a breast augmentation and "boob lift" over the holidays, telling her Instagram followers she "can't wait to show off" her "new and improved girls" once they've healed.

"As I lay here for days recovering from my Xmas boob lift and augmentation (yes it's a skims velour suit and it feels like heaven) all I can wonder is how the f the Kardashians find the time to recover from all their work 😂," she joked. "The other thing is…I can't wait to show off the new and improved girls."

McSweeney also shared that the "#ChristmasBoobs" procedure was conducted by New York City-based plastic surgeon, Dr. Daniel Maman, and warned social media trolls that any negative comments won't bother her.


PHOTO: CHARLES SYKES/BRAVO/NBCU PHOTO BANK VIA GETTY IMAGES

"PS. If you are going to leave judgmental shaming type comments just know I already deal with Bunny regularly and it won't phase me 🤣," McSweeney quipped, referring to her strained relationship with mom Bunny McSweeney, which has been documented on the Bravo reality show.

**RELATED:** No RHONY Housewife Tested Positive for COVID Despite Report: Source

While some Instagram users ignored the caption and criticized her decision to go under the knife, others (including RHONY costar Sonja Morgan) left supportive comments and wished the fashion designer a speedy recovery.

"Awesome. 👏 Go girl 💕" Morgan wrote. "Realest b***h in the game ✨✨✨ speedy healing 🙌" jewelry designer Manon von Gerkan added.

And this is not the first time the reality star has been honest about getting plastic surgery. Earlier this year, when fans started asking McSweeney about some black and blue bruises on her face, she revealed that Dr. Maman had operated on her nose. "I am not trying to hide anything from anybody," she said on Instagram Stories at the time.




Document title: RHONY&#39;s Leah McSweeney Reveals She Got a Breast Lift and Augmentation
Capture URL: https://people.com/style/rhony-leah-mcsweeney-reveals-she-got-a-breast-implants/
Capture timestamp (UTC): Wed, 22 May 2024 16:28:00 GMT


plastic surgery. Earlier this year, when fans started asking McSweeney about some black and blue bruises on her face, she revealed that Dr. Maman had operated on her nose. "I am not trying to hide anything from anybody," she said on Instagram Stories at the time.



PHOTO: LEAH MCSWEENEY/INSTAGRAM



"People are [messaging] me like crazy inquiring why I have black eyes, asking me if I got a nose job, asking me if I got beat up. I am not trying to hide anything from anybody," McSweeney said in September, showing off her bruises and bandages. "I got a rhinoplasty and a septoplasty and I could not be happier."

**RELATED:** Leah McSweeney Confirms She's Returning to RHONY: 'My Work Here Isn't Done Yet!'

The Bravo star made the decision to go under the knife because she had "been wanting [a nose job] for so freaking long."

"Now I can also breathe, which is great. And I love my doctor. He's a great guy. He's an amazing doctor. His name is Dr. Daniel Maman," McSweeney said.

The star promises that she'll always be honest with her followers and never planned to pretend that her slimmed nose was the result of makeup. "I'm just never going to be one of those bitches that pretends like it's not work, it's contour makeup," she said. "Because that's f---ing weird."

Document title: RHONY&#39;s Leah McSweeney Reveals She Got a Breast Lift and Augmentation
Capture URL: https://people.com/style/rhony-leah-mcsweeney-reveals-she-got-a-breast-implants/
Capture timestamp (UTC): Wed, 22 May 2024 16:28:00 GMT                                                                                            Page 3 of 6

planned to pretend that her slimmed nose was the result of makeup. "I'm just never going to be one of those bitches that pretends like it's not work, it's contour makeup," she said. "Because that's f---ing weird."



## sponsored stories



**Cheap Way to Get All the TV Channels - Is It Really Working?**
Smart TV



**Girl (23) Marries Homeless Man - Guests At Wedding Laugh Until He Reveals His Wedding Gift**
loansocieties.com



**Flight attendant didn't let 87-year-old woman into business class. But then they learned who she was**
loansocieties.com



**[Gallery] She Never Married And Now We Know Why**
DailySportX

Recommended by Outbrain

## Related Articles



HEALTH

**'Teen Mom' Alum Kailyn Lowry Says Doctor Won't Give Her Breast Implants Until She Loses 50 Lbs.: 'Extremely Humbling'**

By Escher Walcott

STYLE

**Kelly Osbourne Says She's Never Had Plastic Surgery — Here's What She Does Instead (Exclusive)**

By Gillian Telling



HEALTH

***RHONY* Star Leah McSweeney Says She's 'Shook' After Lyme Disease Diagnosis: 'Feeling Like S—'**

By Charlotte Phillipp

HEALTH

**Jenny Mollen Runs Around Topless Before Documenting Breast Lift, Chin Liposuction and Fat Transfer**

By Vanessa Etienne






**STYLE**

**Brittany Cartwright Responds to Troll Who Calls Her Boobs 'Too Big' — See Her Expert Clap Back**

By Catherine Santino



**HEALTH**

**See How These Breast Cancer Survivors Turned Their Mastectomy Scars Into Art with Stunning Tattoos (Exclusive)**

By Eileen Finan



**FOOD**

**Giada De Laurentiis Says 'All Is Well' After 'Minor' Sinus Surgery: 'Blissful Recovery'**

By Ingrid Vasquez



**HEALTH**

**Kate Beckinsale Pushes Back on 'Insidious Bullying' of Her Appearance and Plastic Surgery Claims: 'Please Stop Now'**

By Bailey Richards





**STYLE**

**Bravo Star Jessel Taank Celebrates *Clueless*-Themed Birthday Party with *RHONY* Castmates and More Friends (Exclusive)**

By Brian Anthony Hernandez



**STYLE**

**Chris Pine Says His 'Bad Acne' Cost Him a Leading Role on *The O.C.*: 'I Had Awful Skin'**

By Charlotte Phillipp



**STYLE**

**Khloé Kardashian Shows Off New 'Strawberry Red' Hair: 'Strawberry Shortcake Vibes'**

By Gabrielle Rockson



**STYLE**

**Kristin Davis Films *AJLT* Season 3 After Revealing She Dissolved Her Filler — and Her Ballgame Look Is Oh-So Charlotte!**

By Bailey Richards






Document title: RHONY&#39;s Leah McSweeney Reveals She Got a Breast Lift and Augmentation
Capture URL: https://people.com/style/rhony-leah-mcsweeney-reveals-she-got-a-breast-implants/
Capture timestamp (UTC): Wed, 22 May 2024 16:28:00 GMT                                                                                           Page 5 of 6




STYLE

**Woman Emerges from Eyebrow Wax with Burns. Why Her Acne Medication Is to Blame (Exclusive)**

By Angela Andaloro



STYLE

**Penelope's Makeover in *Bridgerton* Season 3 Was Actually Inspired by a Beloved '90s Movie**

By Athena Sobhan



STYLE

**Chrissy Teigen and John Legend Share Their Sleeping Habits: 'We're Naked a Lot'**

By Esme Mazzeo



STYLE

**Katy Perry's *American Idol* Finale Looks Include Towering Gown and Sweet Nod to Her 7 Seasons: See the Pieces**

By Catherine Santino

## Sponsored Stories



**Electrician reveals: 1 simple tip to slash your electricity bill by up to 90%**
Smart Energy



**Why Seniors Are Snapping Up This TV Box, We Explain!**
Smart TV



**Flight attendant didn't let 87-year-old woman into business class. But then they learned who she was**
loansocieties.com



**Couple's innocent vacation selfie reveals scary surprise in the background**
loansocieties.com

Recommended by Outbrain

---

People

NEWSLETTERS

Follow Us
     

NEWS
ENTERTAINMENT
ROYALS
LIFESTYLE
STYLEWATCH
SHOPPING

About Us
Editorial Policy
Privacy Policy
Terms of Service
Your Privacy Choices

PEOPLE Tested
Careers
Contact Us
Advertise

 PEOPLE is part of the Dotdash Meredith publishing family.

---

Document title: RHONY&#39;s Leah McSweeney Reveals She Got a Breast Lift and Augmentation
Capture URL: https://people.com/style/rhony-leah-mcsweeney-reveals-she-got-a-breast-implants/
Capture timestamp (UTC): Wed, 22 May 2024 16:28:00 GMT

Page 6 of 6