UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

LEAH MCSWEENEY,                                          Case No.: 1:24-cv-01503-LJL

                    Plaintiff,

v.

ANDY COHEN, LISA SHANNON, JOHN
PAPARAZZO, DARREN WARD, WARNER BROS.
DISCOVERY, INC, SHED MEDIA US INC.,
NBCUNIVERSAL MEDIA, LLC and BRAVO MEDIA
LLC,

                    Defendants.
-----------------------------------------------------------------

## **DECLARATION OF ANDY COHEN**

I, Andy Cohen, declare as follows:

1. I am one of the Defendants in the above-referenced proceeding. I submit this Declaration in support of Defendants' Partial Motion to Dismiss Plaintiff's Complaint. I have personal knowledge of the facts and matters set forth below, and if called upon to do so, I would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of my text message exchanges with the Plaintiff, Leah McSweeney, on December 28, 2020.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: New York, NY
        May 21, 2024

_____
Andy Cohen