# EXHIBIT 1







From: [redacted] Leah McSweeney
To: [redacted] Andy Cohen (owner)

Loved "You were perfect
Thanks for doing it
Martin!!!!! Amazing!!!"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Andy Cohen | | 12/16/2020 4:04:37 PM(UTC-8) | |

**Status:** Read

12/16/2020 3:55:55 PM(UTC-8)

Source Info:
Andy's iPhone [redacted]

---

From: [redacted] Leah McSweeney
To: [redacted] Andy Cohen (owner)

This is random but I thought of you not that you need my help getting set up obviously but there is a new dating apps very exclusive and for Jews only hehe

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Andy Cohen | | 12/28/2020 12:32:46 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:10:36 PM(UTC-8)

Source Info:
Andy's iPhone [redacted]

---

From: [redacted] Leah McSweeney
To: [redacted] Andy Cohen (owner)

It's called The Lox Club

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Andy Cohen | | 12/28/2020 12:32:46 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:10:49 PM(UTC-8)

Source Info:
Andy's iPhone [redacted]

---

**From:** [redacted] Leah McSweeney
**To:** [redacted] Andy Cohen (owner)

Maybe I'll finally
Find someone!! I'm not sure the pirate will be willing to
Convert for me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Andy Cohen | | 12/28/2020 12:32:46 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:11:11 PM(UTC-8)

Source Info:
Andy's iPhone [redacted]

---

**From:** [redacted] Leah McSweeney
**To:** [redacted] Andy Cohen (owner)

😂

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Andy Cohen | | 12/28/2020 12:32:46 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:11:13 PM(UTC-8)

Source Info:
Andy's iPhone [redacted]

---

**From:** [redacted] Andy Cohen (owner)

I will take any and all help lol.
The Lox Club! That's hilarious.
I fear the 50+ Jewish gay guys on there. 🫣
The pirate!  Did you die?

**Status:** Sent

12/28/2020 12:33:49 PM(UTC-8)

Source Info:
Andy's iPhone [redacted]

---

**From:** [redacted] Leah McSweeney
**To:** [redacted] Andy Cohen (owner)

I just sent u referral

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Andy Cohen | | 12/28/2020 12:34:38 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:34:38 PM(UTC-8)

Source Info:
Andy's iPhone [redacted]

**From:** Andy Cohen (owner)
Also 1 congrats on the new boobs!
**Status:** Sent
12/28/2020 12:34:42 PM(UTC-8)

Source Info:
Andy's iPhone

**From:** Andy Cohen (owner)
Liked "I just sent u referral "
**Status:** Sent
12/28/2020 12:34:46 PM(UTC-8)

Source Info:
Andy's iPhone

**From:** Leah McSweeney
**To:** Andy Cohen (owner)
Amd I've been dminf with them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Andy Cohen | | 12/28/2020 12:34:48 PM(UTC-8) | |

**Status:** Read
12/28/2020 12:34:47 PM(UTC-8)

Source Info:
Andy's iPhone

**From:** Leah McSweeney
**To:** Andy Cohen (owner)
I'll let them
Know to look
Out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Andy Cohen | | 12/28/2020 12:34:54 PM(UTC-8) | |

**Status:** Read
12/28/2020 12:34:54 PM(UTC-8)

Source Info:
Andy's iPhone

41

**From:** ▓▓▓▓▓ Andy Cohen (owner)
Now you're OFFICIALLY a HW
**Status:** Sent

12/28/2020 12:34:59 PM(UTC-8)

Source Info:
Andy's iPhone ▓▓▓▓▓



**From:** ▓▓▓▓▓ Leah McSweeney
**To:** ▓▓▓▓▓ Andy Cohen (owner)
Thank u! Can't wait to
Get naked next year and show them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓ Andy Cohen | | 12/28/2020 12:35:10 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:35:10 PM(UTC-8)

Source Info:
Andy's iPhone ▓▓▓▓▓



**From:** ▓▓▓▓▓ Leah McSweeney
**To:** ▓▓▓▓▓ Andy Cohen (owner)
I'm truly a HW

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓ Andy Cohen | | 12/28/2020 12:35:14 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:35:13 PM(UTC-8)

Source Info:
Andy's iPhone ▓▓▓▓▓



**From:** ▓▓▓▓▓ Leah McSweeney
**To:** ▓▓▓▓▓ Andy Cohen (owner)
I felt
Left out!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓ Andy Cohen | | 12/28/2020 12:35:19 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:35:19 PM(UTC-8)

Source Info:
Andy's iPhone ▓▓▓▓▓

**From:** Leah McSweeney
**To:** Andy Cohen (owner)

Now Eboni is thinking she wants to get some work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Andy Cohen | | 12/28/2020 12:35:28 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:35:28 PM(UTC-8)

Source Info:
Andy's iPhone

---

**From:** Leah McSweeney
**To:** Andy Cohen (owner)

😂

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Andy Cohen | | 12/28/2020 12:35:30 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:35:30 PM(UTC-8)

Source Info:
Andy's iPhone

---

**From:** Leah McSweeney
**To:** Andy Cohen (owner)

I need to
Get into that biz. It's big money!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Andy Cohen | | 12/28/2020 12:35:41 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:35:41 PM(UTC-8)

Source Info:
Andy's iPhone

---

**From:** Andy Cohen (owner)

Loved "Thank u! Can't wait to
Get naked next year and show them"

**Status:** Sent

12/28/2020 12:37:33 PM(UTC-8)

Source Info:
Andy's iPhone

**From:** ▓▓▓▓▓▓▓ Andy Cohen (owner)
Emphasized "I felt Left out!!"
**Status:** Sent

12/28/2020 12:37:37 PM(UTC-8)

Source Info:
Andy's iPhone ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**From:** ▓▓▓▓▓▓▓ Andy Cohen (owner)
Really excited about next season
**Status:** Sent

12/28/2020 12:37:49 PM(UTC-8)

Source Info:
Andy's iPhone ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**From:** ▓▓▓▓▓▓▓ Leah McSweeney
**To:** ▓▓▓▓▓▓▓ Andy Cohen (owner)
I am so curious to see it! And even more excited to see the audience response. I also am wracking my brain for women next season.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓ Andy Cohen | | 12/28/2020 12:41:30 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:41:29 PM(UTC-8)

Source Info:
Andy's iPhone ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**From:** ▓▓▓▓▓▓▓ Leah McSweeney
**To:** ▓▓▓▓▓▓▓ Andy Cohen (owner)
Me and Eboni both are

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓ Andy Cohen | | 12/28/2020 12:41:35 PM(UTC-8) | |

**Status:** Read

12/28/2020 12:41:34 PM(UTC-8)

Source Info:
Andy's iPhone ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**From:** Andy Cohen (owner)
Great great
**Status:** Sent

12/28/2020 12:41:42 PM(UTC-8)

Source Info:
Andy's iPhone

---

**From:** Leah McSweeney
**To:** Andy Cohen (owner)
What an incredible NYT write up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Andy Cohen | | 12/30/2020 8:53:16 AM(UTC-8) | |

**Status:** Read

12/30/2020 8:42:39 AM(UTC-8)

Source Info:
Andy's iPhone

---

**From:** Leah McSweeney
**To:** Andy Cohen (owner)
👏👏👏

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Andy Cohen | | 12/30/2020 8:53:16 AM(UTC-8) | |

**Status:** Read

12/30/2020 8:42:45 AM(UTC-8)

Source Info:
Andy's iPhone

---

**From:** Leah McSweeney
**To:** Andy Cohen (owner)
HW this year is literally a microcosm of what the country is going thru

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Andy Cohen | | 12/30/2020 8:53:16 AM(UTC-8) | |

**Status:** Read

12/30/2020 8:43:06 AM(UTC-8)

Source Info:
Andy's iPhone