UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

:

LEAH MCSWEENEY,                                           :
                                                         :
                          Plaintiff(s),                  :
                                                         :          24-cv-1503 (LJL)
          -v-                                            :
                                                         :          ORDER
ANDY COHEN ET AL.,                                       :
                                                         :
                          Defendants.                    :
                                                         :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

Defendants' motion to file certain documents submitted in connection with its motion to dismiss the first amended complaint, Dkt. No. 61, is granted. The Court has reviewed individually each of the documents which Defendants seek to file in redacted form under the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). The limited redactions satisfy those standards because they either contain confidential business, financial and marketing information the disclosure of which could lead to competitive harm, *see Jackpocket, Inc. v. LottoMatrix NY LLC*, 2022 WL 17738779, at *2 (S.D.N.Y. Dec. 15, 2022), or implicate privacy interests, *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 143 (2d Cir. 2016).

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 61.

SO ORDERED.

Dated: July 18, 2024
         New York, New York                          _____
                                                              LEWIS J. LIMAN
                                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2024