```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LEAH MCSWEENEY,                                                    :
                                                                   :
                          Plaintiff,                               :
                                                                   :   24-cv-01503 (LJL)
            -v-                                                    :
                                                                   :   ORDER
ANDY COHEN, et al.,                                                :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Defendants' renewed motion for a stay of discovery pending a decision on the motion to dismiss is granted.  Dkt. No. 89.  The Court considers: (1) the strength of the motion; (2) the breadth of discovery sought; and (3) the prejudice, if any, to the opposing party of an order granting a stay.  Defendants presented strong arguments for a dismissal in whole or in part.  Dkt. No. 83 at 2.  Defendants' concerns regarding the breadth of discovery is no longer based on speculation.  *Id*.  Plaintiff's initial disclosures identify 83 potential witnesses, Dkt. No 89-1, and her first request for production of documents contains 97 requests, Dkt. No. 89-3.  If the pending motion to dismiss is granted, such discovery will turn out to have been unnecessary and, even if it is not, the Court's decision will help guide the parties and the Court on the scope of discovery.  Plaintiff has had the opportunity to serve discovery and subpoenas so any concern regarding spoliation is alleviated because Defendants are on notice as to the necessary document preservation.  Because the motion to dismiss has now been argued, the prejudice to Plaintiff from staying discovery until a decision is minimal.  The parties are directed to submit on ECF a revised Case Management Plan within two weeks of any decision denying the motion to dismiss

in whole or in part. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 89.

SO ORDERED.

Dated: December 2, 2024
      New York, New York

                                            LEWIS J. LIMAN
                                         United States District Judge