UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X-------------------------------------------------------X

LEAH MCSWEENEY,   Case No.: 1:24-cv-01503-LJL

**DECLARATION OF CELENA E. STOIA IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE FIRST AMENDED COMPLAINT**

Plaintiff,

v.

ANDY COHEN, LISA SHANNON, JOHN PAPARAZZO, DARREN WARD, WARNER BROS. DISCOVERY, INC, SHED MEDIA US INC., NBCUNIVERSAL MEDIA, LLC and BRAVO MEDIA LLC,

Defendants.

X-------------------------------------------------------X

CELENA E. STOIA, pursuant to 28 U.S.C. § 1746, declares under the penalty of perjury, as follows:

1.  I am an attorney for Plaintiff, Leah McSweeney ("Plaintiff" OR "McSweeney"), in this action.

2.  I submit this declaration in support of Plaintiff's motion to amend the First Amended Complaint, dated June 12, 2024 [Dkt. No. 54] ("FAC") (the "Motion"). Plaintiff respectfully requests that the Court grant the Motion in its entirety.

3.  Annexed hereto as **Exhibit 1** is a true and correct copy of Plaintiff's proposed Second Amended Complaint.

4.  Pursuant to Local Rule 15.1, annexed hereto as **Exhibit 2** is a true and correct copy of Plaintiff's proposed Second Amended Complaint, which is redlined against the FAC.

1

5. Annexed hereto as **Exhibit 3** is a true and correct copy the FAC.

6. Annexed hereto as **Exhibit 4** is a true and correct copy of this Court's Order, dated March 31, 2025 (Dkt. No. 93).

7. In accordance with the Case Management Plan and Scheduling Order that this Court so-ordered on August 13, 2024 (Dkt. No. 80) ("Scheduling Order"), the parties exchanged their respective first set of requests for production and interrogatories on September 21, 2024 ("Discovery Demands"). The parties exchanged objections and responses to the Discovery Demands on October 23, 2024 ("Responses").

8. After the Parties exchanged the Discovery Demands and Responses thereto, the Parties began to negotiate an agreed upon protective order; however, after the Court's order, dated December 2, 2024 (Dkt. No. 92), stayed discovery in this Action, the Parties did not resume their protective order negotiations.

9. On March 31, 2025, this Court issued a decision and order on Defendants Andy Cohen's, Lisa Shannon's, John Paparazzo's, Darren Ward's, Warner Bros. Discovery Inc.'s, Shed Media US Inc.'s, NBCUniversal Media LLC's, and Bravo Media LLC's (collectively "Defendants") Motion to Dismiss Plaintiff's First Amended Complaint and lifted the stay of discovery in this Action (Dkt. No. 93) (the "MTD-Order"). Accordingly, on April 9, 2025, the parties met and conferred on regarding the scope of discovery in this Action in light of the MTD-Order and whether to engage in document production before Plaintiff filed the instant Motion (the "Meet and Confer").

10. After the Meet and Confer, the Parties have not exchanged any documents pending Plaintiff's instant Motion. The Parties also have not begun to engage in third-party discovery in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2025 in Stamford, Connecticut.

_____
CELENA E. STOIA