UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X-------------------------------------------------------X

| | |
|---|---|
| LEAH MCSWEENEY, | Case No.: 1:24-CV-01503-LJL |
| Plaintiff, | **MEMORANDUM OF LAW IN SUPPORT OF NOTICE OF MOTION FOR WITHDRAWAL OF CELENA E. STOIA AS COUNSEL** |
| v. | |
| ANDY COHEN, LISA SHANNON, JOHN PAPARAZZO, DARREN WARD, WARNER BROS. DISCOVERY, INC., SHED MEDIA US INC., NBCUNIVERSAL MEDIA, LLC, and BRAVO MEDIA LLC, | |
| Defendants. | |

X-------------------------------------------------------X

Adelman Matz P.C., counsel for Plaintiff, Leah McSweeney ("Plaintiff"), respectfully submits this Memorandum of Law in support of its motion, pursuant to Local Civil Rule 1.4, for leave for Celena E. Stoia to withdraw as counsel.

Throughout this litigation, Plaintiff's sole counsel has been, and remains, Adelman Matz P.C. ("Adelman Matz"). Until recently, Ms. Stoia was an associate at Adelman Matz, however, Ms. Stoia is no longer employed by or associated with Adelman Matz. Adelman Matz will continue to represent the Plaintiff in this matter. As such, Adelman Matz respectfully requests that this Court order the withdrawal of Ms. Stoia and no longer send her docketing notifications from the ECF system. Ms. Stoia's withdrawal will not prejudice Plaintiff or delay the resolution of this matter. Ms. Stoia is also not asserting a retaining or charging lien with respect to this matter.

Dated: New York, New York　　　Respectfully submitted,
　　　　February 2, 2026

　　　　　　　　　　　　　　　　ADELMAN MATZ P.C.


　　　　　　　　　　　　　　　　/s/   Sarah M. Matz
　　　　　　　　　　　　　　　　Sarah M. Matz, Esq.
　　　　　　　　　　　　　　　　Madyson R. Nucci, Esq.
　　　　　　　　　　　　　　　　1159 Second Ave, Suite 153
　　　　　　　　　　　　　　　　New York, New York 10065
　　　　　　　　　　　　　　　　Telephone: (646) 650-2207
　　　　　　　　　　　　　　　　E-mail: sarah@adelmanmatz.com
　　　　　　　　　　　　　　　　Email: mnucci@adelmanmatz.com
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*