

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jacob D. Albertson
Partner, through his professional corporation
(917) 546-7714 Phone
(917) 546-7679 Fax
j1a@msk.com

March 24, 2026

**VIA ECF**
The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

March 25, 2026

**Re:**    *Leah McSweeney v. Andy Cohen et al.;* **Case No. 24-cv-01503**

Dear Judge Liman:

We are counsel to the Defendants in the above-referenced matter.  We write, with the consent of counsel for Plaintiff, pursuant to Rule 2(K) of Your Honor's Individual Practices in Civil Cases, and to provide a status update to the Court.

On July 8, 2025, this Court issued a partial stay of discovery in light of Defendants' then-anticipated motion to compel arbitration.  Dkt. No. 118 at 30.  On March 9, 2026, the Court denied Defendants' motion to compel arbitration.  Dkt. No. 128 (the "Order").  The partial stay has not yet been lifted.

Defendants' deadline to appeal the Order is April 8, 2026.  The parties have met and conferred and agree that the partial stay should be lifted as of April 8, 2026.[1]

Defendants also intend to make a Partial Motion to Dismiss the Second Amended Complaint.[2] Pursuant to Rule 2(K), the parties have agreed to the following briefing schedule:

- April 8, 2026: Defendants' opening brief;
- May 15, 2026: Plaintiff's responsive brief;
- June 3, 2026: Defendants' reply brief.

Respectfully submitted,
/s/ Jacob D. Albertson

Jacob D. Albertson
Partner, through his professional corporation for
MITCHELL SILBERBERG & KNUPP LLP

---

[1] Both parties reserve their rights to seek appropriate limits on discovery, consistent with relevant law, including the Court's Order on Defendants Motion to Dismiss the First Amended Complaint.

[2] There is currently no deadline for this motion.  On July 8, 2025, the Court ordered that Defendants retained their right, "if the case goes forward in this court to move to dismiss the new allegations in the amended complaint for failure to state a claim for relief."  Dkt. No. 118 at 26.

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM

21503781.2