UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
LEAH MCSWEENEY,

                Plaintiff,

    v.

ANDY COHEN, LISA SHANNON, JOHN
PAPARAZZO, DARREN WARD, WARNER BROS.
DISCOVERY, INC, SHED MEDIA US INC., NBC
UNIVERSAL MEDIA, LLC and BRAVO MEDIA LLC,

                Defendants.
----------------------------------------------------------------

Case No.: 1:24-cv-01503-LJL

**NOTICE OF PARTIAL
MOTION TO DISMISS
PLAINTIFF'S SECOND
AMENDED COMPLAINT**

ORAL ARGUMENT
REQUESTED

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and upon all prior pleadings and filings in this action, Defendants Andy Cohen, Lisa Shannon, John Paparazzo, Darren Ward, Warner Bros. Discovery, Inc., Shed Media US Inc., NBCUniversal Media, LLC, and Bravo Media LLC (collectively, "Defendants"), through their attorneys, Mitchell Silberberg & Knupp LLP, will move this Court, before the Honorable Lewis J. Liman, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be designated by the Court, for an Order: (1) dismissing, with prejudice, the Second, Fourth, Seventh, Ninth, Twelfth, Fourteenth, Eighteenth, Twentieth, and Twenty-Second through Twenty-Fifth Causes of Action of the Second Amended Complaint (Dkt. No. 117) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; (2) dismissing Defendants Shannon, Paparazzo, and Ward as defendants in this matter; and (3) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the parties' so-ordered stipulation (Dkt. No. 131), any papers in opposition to this motion shall be filed and served no

later than May 15, 2026, and any reply papers in further support of this motion shall be filed and

served no later than June 3, 2026.

DATED:  New York, New York
             April 8, 2026

                                            MITCHELL SILBERBERG & KNUPP LLP

By: /s/ *Jacob D. Albertson*
     Jacob D. Albertson (j1a@msk.com)
     437 Madison Ave., 25th Floor
     New York, New York 10022-7001
     Telephone: (212) 509-3900
     Facsimile: (212) 509-7239

     Adam Levin (axl@msk.com)
     (admitted *pro hac vice*)
     2049 Century Park East, 18th Floor
     Los Angeles, CA 90067
     Telephone: (310) 312-3116
     Facsimile: (310) 312-3100

     *Attorneys for Defendants Andy Cohen, Lisa Shannon, John Paparazzo, Darren Ward, Warner Bros. Discovery, Inc., Shed Media US Inc., NBCUniversal Media, LLC, and Bravo Media LLC*

2