

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Adam Levin
A Professional Corporation
(310) 312-3116 Phone
axl@msk.com

April 8, 2026

**VIA ECF**

The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

Re:    *Leah McSweeney v. Andy Cohen et al.;* Case No. 24-cv-01503
       <u>Consent Request for Adam Levin to Appear by Videoconference</u>

Dear Judge Liman:

This firm is counsel to the Defendants in the above-reference matter.  We write pursuant to Rule 1(C) of Your Honor's Individual Practices in Civil Cases.

The Court has scheduled a Status Conference for April 15, 2026, at 2:00 p.m., in Courtroom 15C. Dkt. No. 130.  The undersigned will be in Los Angeles on that date, preparing for an arbitration that starts the following week.  Accordingly, Defendants respectfully request that the undersigned counsel be permitted to appear by videoconference.  Defendants' other counsel, Jacob Albertson, will appear in person at the Status Conference.

Counsel for Plaintiff has informed us that Plaintiff consents to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,
*/s/ Adam Levin*

Adam Levin
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone:  (310) 312-2000  Fax:  (310) 312-3100  Website: WWW.MSK.COM

21538341.1