UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :
  Leah McSweeney                          :
                          Plaintiff(s),   :
                                          :              24 -CV- 01503 (LL)
                    -v-                    :
                                          :          CASE MANAGEMENT PLAN AND
  Andy Cohen et al.                       :              SCHEDULING ORDER
                                          :
                          Defendant(s).   :
                                          :
------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       This Civil Case Management Plan and Scheduling Order is submitted by the parties in accordance with Federal Rule of Civil Procedure 26(f)(3):

1.      All parties [consent _____ / do not consent **X**___] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. [*If all parties consent, the remaining paragraphs need not be completed.*]

2.      The parties [have **X**___ / have not _____] conferred pursuant to Federal Rule of Civil Procedure 26(f).

3.      The parties [have **X**___ / have not _____] engaged in settlement discussions.

4.      Any motion to amend or to join additional parties shall be filed no later than 6/15/2026_____. [*Absent exceptional circumstances, a date not more than thirty (30) days following the initial pretrial conference.*] Note: Pursuant to Paragraph 3(B) of the Court's Individual Practices in Civil Cases, the Court will deny a motion to dismiss, as moot, without prior notice to the parties, if a plaintiff amends its pleading without objection from the defendant. The moving party may then (a) file an answer; (b) file a new motion to dismiss; or (c) submit a letter-motion stating that it relies on the initially-filed motion to dismiss in which event the Court will treat the initially-filed motion to dismiss as a new motion to dismiss the amended pleading.

      **Pursuant to Paragraph 2(I) of the Court's Individual Practices in Civil Cases, parties may extend the deadlines set forth in Local Civil Rule 6.1 by an agreed-upon schedule, which shall govern as long as it is disclosed to the Court in a letter accompanying the initial motion. At the Initial Pretrial Conference, parties should come prepared to discuss a proposed briefing schedule for any anticipated motion.**

5. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than _N/A_. [*Absent exceptional circumstances, a date not more than fourteen (14) days following the initial pretrial conference.*]

6. All fact discovery is to be completed no later than _10/30/2026_. [*A date not more than one hundred twenty (120) days following the initial pretrial conference, unless the Court finds that the case presents unique complexities or other exceptional circumstances.*]

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in Paragraph 6 above.

   a. Initial requests for production of documents shall be served by _N/A_.

   b. Interrogatories pursuant to Rule 33.3(a) of the Local Rules of the Southern District of New York shall be served by _N/A_. [*Absent exceptional circumstances, a date not more than thirty (30) days following the initial pretrial conference.*] No Rule 33.3(a) interrogatories need to be served with respect to disclosures automatically required by Federal Rule of Civil Procedure 26(a).

   c. Unless otherwise ordered by the Court, contention interrogatories should be served consistent with Rule 33.3(c) of the Local Rules of the Southern District of New York.

   d. Depositions shall be completed by _10/30/2026_.

   e. Requests to Admit shall be served no later than _11/30/2026_.

8. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by _2/26/2027_. [*Absent exceptional circumstances, a date forty-five (45) days from the completion of fact discovery.*]

9. All discovery shall be completed no later than _2/26/2027_.

10. The proposed joint pretrial order shall be submitted on ECF in accordance with the Court's Individual Practices in Civil Cases and Federal Rule of Civil Procedure 26(a)(3) no later than _30 days after disp. motions_. April 2, 2027

11. Any motion for summary judgment must be filed no later than ~~4/27/2027~~.

The Court will hold a post-discovery status conference on November 12, 2026 at 11:00 a.m. in Courtroom 15C of the 500 Pearl St. Courthouse.

2

*[Absent exceptional circumstances, a date fourteen (14) days from the completion of all discovery.]*

12. This case [is  X  / is not _____ ] to be tried to a jury.

13. The parties have conferred and their present best estimate of the length of trial is
7-10 days
_____.

14. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

      a. _____ Referral to a Magistrate Judge for settlement discussions.

      b. _____ Referral to the Southern District's Mediation Program.

      c. _____ Retention of a private mediator.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

15. Other issues to be addressed at the Initial Pretrial Conference, including those set forth in Federal Rule of Civil Procedure 26(f)(3), are set forth below.
Defendants have filed a partial motion to dismiss, which, if granted, would eliminate certain defendants and categories of allegations. Defendants reserve the right to seek limits on discovery relating to those claims, claims previously dismissed, and others, consistent with Dkt. No. 83 at 3.

Counsel for the Parties:

| | |
|---|---|
| Sarah M. Matz, Esq.; Gary Adelman, Esq. | Adam Levin; Jacob Albertson |
| Adelman Matz P.C. | Mitchell Silberberg & Knupp LLP |
| 1159 Second Ave, Suite 153 | 437 Madison Ave, 25th Fl |
| New York, New York 10065 | New York, NY 10022 |

Dated:     April 15, 2026
         New York, New York

                        LEWIS J. LIMAN
                  United States District Judge