UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

LEAH MCSWEENEY,

                         Plaintiff,

          -v-

ANDY COHEN, et al.,

                        Defendants.

-------------------------------------------------------------------- X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED: 04/15/2026**

24-cv-1503 (LJL)

ORDER OF REFERENCE

LEWIS J. LIMAN, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose:

____  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____  Specific Non-Dispositive Motion/Dispute: _____

____  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_  Settlement

____  Inquest After Default/Damages Hearing

____  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

____  Habeas Corpus

____  Social Security

____  Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

    The parties are directed to contact the chambers of Magistrate Judge Gabriel W. Gorenstein.

SO ORDERED.

Dated: April 15, 2026
      New York, New York

                                    _____
                                      LEWIS J. LIMAN
                                   United States District Judge