

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jacob D. Albertson
Partner, through his professional corporation
(917) 546-7714 Phone
(917) 546-7679 Fax
j1a@msk.com

April 30, 2026

**VIA ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 519
New York, NY 10007

Re:     *Leah McSweeney v. Andy Cohen et al.;* Case No. 24-cv-01503

Dear Judge Gorenstein:

We are counsel to the Defendants in the above-referenced matter.  Together with counsel for Plaintiff, we write pursuant to Your Honor's correspondence dated April 16, 2026.

The parties have met and conferred regarding the approximate stage of the case, time period, or calendar month when the parties desire that the settlement conference take place, and have been unable to reach agreement.

**Defendants' position** is that the settlement conference should take place as soon as practicable. Defendants believe that a settlement conference in the near term would be in the interests of efficiency and judicial economy, as it would give the parties an opportunity to discuss settlement with the Court's assistance before substantial time and resources are spent on discovery and summary judgment briefing.

**Plaintiff's position** is that the settlement conference should be scheduled upon the completion of depositions. Plaintiff believes that the parties remain too far apart for the conference to be productive now and that having the conference after depositions will allow for a more developed record which will ultimately lead to a more productive and informed settlement discussion.

We thank Your Honor for your attention to this matter.

Respectfully submitted,
/s/ Jacob D. Albertson

Jacob D. Albertson
Partner, through his professional corporation for
MITCHELL SILBERBERG & KNUPP LLP

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM

21588549.1