UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

X---------------------------------------------------------X

LEAH MCSWEENEY,

Plaintiff,

v.

ANDY COHEN, LISA SHANNON, JOHN PAPARAZZO, DARREN WARD, WARNER BROS. DISCOVERY, INC, SHED MEDIA US INC., NBCUNIVERSAL MEDIA, LLC and BRAVO MEDIA LLC,

Defendants.

X---------------------------------------------------------X

Case No.: 1:24-cv-01503-LJL

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Leah McSweeney, and Defendants, Andy Cohen, Lisa Shannon, John Paparazzo, Darren Ward, Warner Bros. Discovery, Inc., Shed Media US Inc., NBCUniversal Media, LLC, and Bravo Media LLC, by and through their undersigned counsel, hereby stipulate that the above-captioned action shall be and hereby is dismissed with prejudice. Each party shall bear its own costs, expenses and attorney's fees.

Dated: New York, New York
October _30_, 2026

ADELMAN MATZ P.C.

By: Sarah M. Matz
ID 5RnKCqvQqKoUkrz3DnJMoD9N
Sarah M. Matz
Gary Adelman
1159 Second Avenue, Suite 153
New York, New York 10065
Telephone: (646) 650-2207
sarah@adelmanmatz.com
g@adelmanmatz.com

*Attorneys for Plaintiff*

Dated: New York, NY
October _30_, 2026

MITCHELL SILBERBERG & KNUPP LLP

By: Jacob D. Albertson
ID 9mQ1YGvXULwWmYyKn5GyoWxr
Jacob D. Albertson
437 Madison Ave., 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
j1a@msk.com

*Attorneys for Defendants*